# United States District Court

For the Western District of Texas
Austin Division

AUSA Gardner

**FILED**
April 22, 2025
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS

BY: _____VAR_____
DEPUTY

United States of America, §
§
v. §
§   Case Number:
**Heber Vivero-Martinez** §
**AKA Hever Vivero-Martinez** §   **1:25-mj-00450**
§

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about **April 10, 2025**, in the county of **Travis,** in the Western District of Texas, the defendant, **Heber Vivero-Martinez**, violated Title 8, United States Code section 1326.

This criminal complaint is based upon the following facts:

On or about **April 10, 2025**, the defendant, an alien, was found in the Travis County jail, Austin, Texas, within the Western District of Texas. A deportation officer lodged a detainer after identifying the defendant and subsequent queries identified the defendant as a previously removed alien.

Investigation and records of the Immigration and Customs Enforcement establish that the defendant is an alien who was previously removed from the United States to **Mexico** on or about **June 13, 2013**, and that he unlawfully and illegally reentered the United States without having obtained permission from the Attorney General of the United States or the Secretary for Homeland Security to reapply for admission.

_____
Signature of Complainant (S. Meade)
Deportation Officer
Immigration and Customs Enforcement

Submitted and sworn to electronically and signed by me pursuant to Fed. R. Crim P. 4.1 and 4(d)

**April 22, 2025**                                            Austin, Texas
_____   at   _____
Date                                                                 City and State

Susan Hightower
United States Magistrate Judge
_____      _____
Name & Title of Judicial Officer                           Signature of Judicial Officer